UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:20-CV-24573-DPG

**VICTOR ARIZA**,

      Plaintiff,

vs.

**CG BRICKELL, LLC, d/b/a KOMODO, a foreign limited liability company,**

      Defendant.
_____/

## **PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff VICTOR ARIZA, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement in principle and will be shortly executing all necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court stay all further proceedings for twenty (20) days for the parties to complete the settlement paperwork and file a voluntary dismissal with prejudice.

Dated:  March 1, 2021.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March, 2021, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Aqueelah S. Mitchell, Esq.
WOOD, SMITH, HENNING & BERMAN
701 Brickell Avenue, Suite 1640
Miami, FL  33131-4927
amitchell@wshblaw.com

*Attorneys for Defendant*
*CG BRICKELL, LLC d/b/a KOMODO*

                /s/ *Roderick V. Hannah*
                  Roderick V. Hannah