UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:20-CV-24573-DPG

**VICTOR ARIZA**,

    Plaintiff,

vs.

**CG BRICKELL, LLC, d/b/a KOMODO, a foreign limited liability company,**

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*.

Dated:  March 29, 2021

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By ____*s/ Roderick V. Hannah*____ | By ____*s/ Pelayo M. Duran*____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of March, 2021, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Aqueelah S. Mitchell, Esq.
WOOD, SMITH, HENNING & BERMAN
701 Brickell Avenue, Suite 1640
Miami, FL  33131-4927
amitchell@wshblaw.com

*Attorneys for Defendant*
*CG BRICKELL, LLC d/b/a KOMODO*

/s/ *Roderick V. Hannah*
             Roderick V. Hannah